# United States District Court
# For The Western District of North Carolina
# Asheville Division

Michael Christopher Maraia,

    Plaintiff(s),

vs.

Buncombe County Sheriff's Department,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:12cv98

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/26/2012 Order.

Signed: October 26, 2012

Frank G. Johns, Clerk
United States District Court